1

2

3

4

5

6

7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.: SA 98-127-ABC

12                        Plaintiff,  )   ORDER OF DETENTION AFTER
                                      )   HEARING
13          vs.                       )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                      )   § 3143(a)]
14   Eyselee, Michael Iven            )

15                       Defendant.   )

16

17        The defendant having been arrested in this District pursuant to a warrant issued

18  by the United States District Court for the _____ CD CA _____,

19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20  release]; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A.    ☒  The defendant has not met his/her burden of establishing by clear and

25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26        3142(b) or (c).  This finding is based on _background, cmty ties_

27        _unknown; bail resources unknown; substance_

28        _abuse history; assoc w/multiple personal identifiers._

1   his demonstrated lack of amenability to supervision

2

3   and/or

4   B.   (X) The defendant has not met his/her burden of establishing by clear and

5   convincing evidence that he/she is not likely to pose a danger to the safety of any

6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7   finding is based on ___ Criminal history record, incl

8   prior convs for narcotics offenses

9

10

11

12

13   IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED:   12/17/10

17                                        ROBERT N. BLOCK
                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28